[No. 73399-1-I.   Division One.   June 27, 2016.]

## In the Matter of the Dependency of C.G.R.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*, v. ROBERT RADDER ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 14-7-01462-5, John R. Ruhl, J., entered April 23, 2015. *Affirmed* by unpublished opinion per Verellen, C.J., concurred in by Appelwick and Spearman, JJ.

[No. 73545-4-I.   Division One.   June 27, 2016.]

ALBERT FIGARO ET AL., *Appellants*, v. THE CITY OF BELLINGHAM, *Respondent*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 14-2-02477-7, Deborra Garrett, J., entered May 11, 2015. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Becker and Spearman, JJ.

[No. 75040-2-I.   Division One.   June 27, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. SEBASTIAN JOSEPH HALLER, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 14-1-00638-6, James W. Lawler, J., entered March 11, 2015. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Cox, J., concurred in by Becker and Dwyer, JJ.